**POLSINELLI LLP**
WESLEY D. HURST (SBN 127564)
whurst@polsinelli.com
ALLEGRA GORCHYNSKI (SBN 323010)
agorchynski@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

JOHN C. CLEARY
(*pro hac vice* forthcoming)
john.cleary@polsinelli.com
600 Third Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 413-2837
Facsimile: (212) 684-0197

JONATHAN E. SCHMALFELD
(*pro hac vice* forthcoming)
jschmalfeld@polsinelli.com
7676 Forsyth Boulevard, Suite 800
Clayton, Missouri 63105
Telephone: (314) 622-6621
Facsimile: (314) 667-3773

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUSTIN SERNA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

1-800-GOT-JUNK? LLC,

Defendant.

Case No. 5:24-cv-00047-HDV-MRW
[*Assigned For All Purposes to Hon. Hernán D. Vera, Courtroom 5B*]

**DEFENDANT 1-800-GOT-JUNK? LLC'S MOTION TO DISMISS**

*[Filed concurrently with Defendant 1-800-Got-Junk? LLC's Memorandum in Support of its Motion to Dismiss; [Proposed] Order]*

Date: May 2, 2024
Time: 10:00 a.m.
Judge: Hon. Hernán D. Vera
Place: Courtroom 5B

Complaint Filed: January 9, 2024
Trial Date: None Set

TO THE COURT, THE PLAINTIFF, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 2, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Hernán D. Vera in Courtroom 5B of the United States Courthouse located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant 1-800-Got-Junk? LLC will and hereby does move this Court for an order dismissing Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. Defendant files this Motion on the grounds that (1) the Complaint is impermissibly vague; (2) there is no plausible allegation that the Return Calls from Defendant to Plaintiff were recorded; (3) there is no plausible allegation that recording of Return Calls, as alleged by Plaintiff, was done without Plaintiff's knowledge or consent; and (4) Plaintiff fails to plead a plausible factual basis for a confidential communication as required under Cal. Penal Code § 632.

This Motion is made following the telephonic conference of counsel pursuant to L.R. 7-3, which took place on February 27, 2024.

This Motion is based on the Memorandum in Support of this Motion; the complete Court file in this matter; and such further evidence and argument as may be presented prior to, or at the time, the Court rules on this matter.

Respectfully submitted,

**POLSINELLI LLP**

Dated: March 4, 2024

By: ______________________________

Wesley D. Hurst
Attorneys for Defendant 1-800-GOT JUNK? LLC

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2049 Century Park East, Suite 2900, Los Angeles, CA 90067.

On March 4, 2024, I served a true copy of the following document described as **DEFENDANT 1-800-GOT-JUNK? LLC'S MOTION TO DISMISS** on interested parties in this action as follows:

| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596 | ***Attorneys for Plaintiff*** |

☐ **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically from my e-mail address, at Polsinelli LLP, to the person(s) at the electronic mail addresses listed above.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 4, 2024, at Los Angeles, California.

Cindy Cripe