**POLSINELLI LLP**
WESLEY D. HURST (SBN 127564)
whurst@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

JOHN C. CLEARY
(*pro hac vice* forthcoming)
600 Third Avenue, 42nd Floor
New York, New York 10016
Telephone: (212) 413-2837
Facsimile: (212) 684-0197
john.cleary@polsinelli.com

CATHERINE A. GREEN
(*pro hac vice* forthcoming)
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 753-1000
Facsimile: (816) 753-1536
cgreen@polsinelli.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUSTIN SERNA, AARON RODRIGUEZ, REYHANEH MANSOORI, BRIAN MURPHY, GARY PALMER, JUSTIN BARNES, and AMELIA AMPONSEM, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

1-800-GOT-JUNK? LLC,

Defendant.

Case No. 5:24-cv-00047-HDV-MRW
[*Assigned For All Purposes to Hon. Hernán D. Vera, Courtroom 5B*]

**DEFENDANT 1-800-GOT-JUNK? LLC'S MOTION TO DISMISS**

*[Filed concurrently with Defendant 1-800-Got-Junk? LLC's Memorandum in Support of its Motion to Dismiss; Declaration of T. Peerless; [Proposed] Order]*

Date: July 11, 2024
Time: 10:00 a.m.
Judge: Hon. Hernán D. Vera
Place: Courtroom 5B

Complaint Filed: January 9, 2024
Trial Date: None Set

TO THE COURT, THE PLAINTIFFS, AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 11, 2024, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Hernán D. Vera in Courtroom 5B of the United States Courthouse located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant 1-800-Got-Junk? LLC will and hereby does move this Court for an order dismissing Plaintiffs' First Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and Federal Rule of Civil Procedure 12(b)(6) as barred by the applicable statute of limitations. Defendant files this Motion based on its factual investigation, which has established that Defendant has no record of the pleaded calls with Aaron Rodriguez, Reyhanah Mansoori, Gary Palmer, Justin Barnes, Amelia Amponsem a/k/a Amelia Ampsonsen and which has further established that the pleaded calls with Justin Serna and Brian Murphy had the requisite notice that the calls were being recorded.

This Motion is made following the telephonic conference of counsel pursuant to L.R. 7-3, which took place on May 3, 2024.

This Motion is based on the Memorandum in Support of this Motion, the Declaration of Thomas Peerless, the complete Court file in this matter, and such further evidence and argument as may be presented prior to, or at the time, the Court rules on this matter.

Respectfully submitted,

**POLSINELLI LLP**

Dated: May 8, 2024

By: *<u>/s/ Wesley D. Hurst</u>*

Wesley D. Hurst
Attorneys for Defendant 1-800-GOT JUNK? LLC

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2049 Century Park East, Suite 2900, Los Angeles, CA 90067.

On May 8, 2024, I served a true copy of the following document described as **DEFENDANT 1-800-GOT-JUNK? LLC'S MOTION TO DISMISS** on interested parties in this action as follows:

| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596 | ***Attorneys for Plaintiffs*** |

☐ **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically from my e-mail address, at Polsinelli LLP, to the person(s) at the electronic mail addresses listed above.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 8, 2024, at Los Angeles, California.

Cindy M Cripe

Cindy Cripe