LINK 37

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

JUSTIN SERNA et al.,

*Plaintiffs*,

v.

1-800-GOT-JUNK? LLC,

*Defendant*.

CASE NO. 5:24-cv-00047-HDV-MRW

Hon. Hernán D. Vera

**~~[PROPOSED~~] ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT**

| | |
|---|---|
| Current Date: | August 20, 2024 |
| New Date: | September 19, 2024 |

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS ORDERED THAT 1-800-GOT-JUNK? LLC's deadline to file its answer to the First Amended Complaint is extended up to and including September 19, 2024.

DATED: August 19, 2024

______________________________

The Honorable Hernán D. Vera
United States District Judge