**GREENBERG TRAURIG, LLP**
Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
Lori Chang (SBN 228142)
*ChangL@gtlaw.com*
Adam M. Korn (SBN 333270)
*Adam.Korn@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700
*Attorneys for Defendant*
*1-800-GOT-JUNK? LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JUSTIN SERNA et al.,<br>*Plaintiffs*,<br>v.<br>1-800-GOT-JUNK? LLC,<br>*Defendant*. | CASE NO. 5:24-cv-00047-HDV-MRW<br>Hon. Hernán D. Vera<br>**1-800-GOT-JUNK? LLC'S ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant 1-800-GOT-JUNK? LLC ("1-800-GOT-JUNK") hereby answers the First Amended Class Action Complaint ("FAC") filed by Plaintiffs Justin Serna, Aaron Rodriguez, Reyhaneh Mansoori, Brian Murphy, Gary Palmer, Justin Barnes, and Amelia Amponsem, ("Plaintiffs") as follows:

## NATURE OF THE ACTION

1. In response to paragraph 1 of the FAC, 1-800-GOT-JUNK admits that Plaintiffs have filed the present class action but denies that there is a legal or factual basis for Plaintiffs' claims, and denies that it engaged in "surreptitious[] monitoring and recording" of alleged telephone communications with consumers. The remaining allegations in paragraph 1 are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

2. In response to paragraph 2 of the FAC, 1-800-GOT-JUNK admits that it provides junk removal services and is a company based in Vancouver, Canada that was founded in 1989. The remaining allegations in paragraph 2 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

3. In response to paragraph 3 of the FAC, 1-800-GOT-JUNK admits that it provides support to customers over the phone, and that 1-800-GOT-JUNK provides quotes and schedules appointments with customers. The remaining allegations in paragraph 3 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

4. 1-800-GOT-JUNK denies the allegations in paragraph 4 of the FAC.

5. To the extent paragraph 5 of the FAC purports to characterize the California Invasion of Privacy Act, these are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

6. 1-800-GOT-JUNK admits that Plaintiffs purport to bring this action on behalf of themselves and an alleged putative class action, but denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a

class action, denies that it is suitable for class treatment, and denies all remaining allegations contained in paragraph 6.

**PARTIES**

7. 1-800-GOT-JUNK admits that a call was made from Mr. Serna's telephone number (as provided by his counsel) to 1-800-GOT-JUNK in June 2022, but denies the allegations contained in paragraph 7 with respect to that alleged call. 1-800-GOT-JUNK also admits that Plaintiffs' counsel are fact witnesses to Plaintiffs' claims. 1-800-GOT-JUNK is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 7 of the FAC, and on that basis denies them. Further, the allegations in paragraph 7 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

8. 1-800-GOT-JUNK admits only that Plaintiffs' counsel are fact witnesses to Plaintiffs' claims. Plaintiffs' counsel has refused to provide 1-800-GOT-JUNK with the phone number used by Aaron Rodriguez in connection with the alleged calls, in order for defendant to admit or deny the remaining allegations asserted in the FAC. Accordingly, 1-800-GOT-JUNK is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 8 of the FAC, and on that basis denies each and every other allegation contained therein. Further, the allegations in paragraph 8 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

9. 1-800-GOT-JUNK admits only that Plaintiffs' counsel are fact witnesses to Plaintiffs' claims. Plaintiffs' counsel has refused to provide 1-800-GOT-JUNK with the phone number used by Reyhaneh Mansoori in connection with the alleged calls, in order for defendant to admit or deny the remaining allegations asserted in the FAC. Accordingly, 1-800-GOT-JUNK is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 9 of the FAC, and on that basis denies each and every other allegation contained therein. Further, the

allegations in paragraph 9 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

10. 1-800-GOT-JUNK admits only that Plaintiffs' counsel are fact witnesses to Plaintiffs' claims. Plaintiffs' counsel has refused to provide 1-800-GOT-JUNK with the phone number used by Brian Murphy in connection with the alleged calls, in order for defendant to admit or deny the remaining allegations asserted in the FAC. Accordingly, 1-800-GOT-JUNK is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 10 of the FAC, and on that basis denies each and every other allegation contained therein. Further, the allegations in paragraph 10 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

11. 1-800-GOT-JUNK admits only that Plaintiffs' counsel are fact witnesses to Plaintiffs' claims. Plaintiffs' counsel has refused to provide 1-800-GOT-JUNK with the phone number used by Gary Palmer in connection with the alleged calls, in order for defendant to admit or deny the remaining allegations asserted in the FAC. Accordingly, 1-800-GOT-JUNK is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 11 of the FAC, and on that basis denies each and every other allegation contained therein. Further, the allegations in paragraph 11 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

12. 1-800-GOT-JUNK admits only that Plaintiffs' counsel are fact witnesses to Plaintiffs' claims. Plaintiffs' counsel has refused to provide 1-800-GOT-JUNK with the phone number used by Justin Barnes in connection with the alleged calls, in order for defendant to admit or deny the remaining allegations asserted in the FAC. Accordingly, 1-800-GOT-JUNK is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 12 of the FAC, and on that basis denies each and every other allegation contained therein. Further, the allegations in

paragraph 12 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

13. 1-800-GOT-JUNK admits only that Plaintiffs' counsel are fact witnesses to Plaintiffs' claims. Plaintiffs' counsel has refused to provide 1-800-GOT-JUNK with the phone number used by Amelia Amponsen in connection with the alleged calls, in order for defendant to admit or deny the remaining allegations asserted in the FAC. Accordingly, 1-800-GOT-JUNK is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph 13 of the FAC, and on that basis denies each and every other allegation contained therein. Further, the allegations in paragraph 13 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

14. 1-800-GOT-JUNK admits that it is a Delaware limited liability company headquartered in Vancouver, Canada and that Defendant's sole member is RBDS Rubbish Boys Disposal Service Inc., a British Columbia company headquartered in Vancouver, Canada.

**JURISDICTION AND VENUE**

15. In response to paragraph 15 of the FAC, 1-800-GOT-JUNK admits that Plaintiffs have alleged jurisdiction under 28 U.S.C. Section 1332 of the Class Action Fairness Act of 2005 based on the alleged size of the putative class and the amount in controversy that Plaintiffs claim, but denies that Plaintiffs' claims have merit. 1-800-GOT-JUNK denies that there are 100 or more class members and that there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs. 1-800-GOT-JUNK denies any violation of the statutes referenced in the FAC, that Plaintiffs are entitled to any damages sought in the FAC, and that Plaintiffs' claims may be pursued on a class or representative basis. 1-800-GOT-JUNK is without sufficient knowledge or information to form a belief as to whether there is at least minimal diversity between 1-800-GOT-JUNK and at least one Plaintiff, and therefore denies it.

16. The allegations in paragraph 16 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

17. The allegations in paragraph 17 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies them.

## FACTUAL ALLEGATIONS

18. The allegations in paragraph 18 of the FAC purport to characterize webpages from publicly available websites. The publicly available webpages speak for themselves, and 1-800-GOT-JUNK denies Plaintiffs' characterizations in paragraph 18 of the FAC.

19. In response to paragraph 19 of the FAC, 1-800-GOT-JUNK admits only that it uses 1-800-468-5865 and other phone numbers in providing services to customers. 1-800-GOT-JUNK denies the remainder of the allegations in this paragraph.

20. 1-800-GOT-JUNK denies the allegations in paragraph 20 of the FAC.

21. 1-800-GOT-JUNK denies the allegations in paragraph 21 of the FAC.

22. 1-800-GOT-JUNK denies that used Invoca's software platform to record calls, and denies that monitors customer calls.

23. 1-800-GOT-JUNK is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23 of the FAC, and on that basis denies each and every allegation contained therein.

24. 1-800-GOT-JUNK denies the allegations in paragraph 24 of the FAC.

25. 1-800-GOT-JUNK is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23 of the FAC, and on that basis denies each and every allegation contained therein.

26. 1-800-GOT-JUNK denies the allegations in paragraph 26 of the FAC.

27. 1-800-GOT-JUNK denies the allegations in paragraph 27 of the FAC.

## CLASS ALLEGATIONS

28. In response to paragraph 28 of the FAC, 1-800-GOT-JUNK admits that Plaintiffs have filed a putative class action but denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies all remaining allegations contained in paragraph 28.

29. In response to paragraph 29 of the FAC, 1-800-GOT-JUNK admits that Plaintiffs have filed a putative class action but denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies all remaining allegations contained in paragraph 29.

30. In response to paragraph 30 of the FAC, 1-800-GOT-JUNK denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies all remaining allegations contained in paragraph 30.

31. The allegations in paragraph 31 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies all remaining allegations contained in paragraph 31.

32. The allegations in paragraph 32 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies all remaining allegations contained in paragraph 32.

33. The allegations in paragraph 33 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies that there is a legal or factual basis for Plaintiffs' claims, denies that the

action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies all remaining allegations contained in paragraph 33.

34. The allegations in paragraph 34 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies all remaining allegations contained in paragraph 34.

35. The allegations in paragraph 35 of the FAC are legal conclusions to which no answer is required. To the extent these legal conclusions require a response, 1-800-GOT-JUNK denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies all remaining allegations contained in paragraph 35.

36. In response to paragraph 36 of the FAC, 1-800-GOT-JUNK admits that Plaintiffs have filed a putative class action but denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a class action, denies that it is suitable for class treatment, and denies all remaining allegations contained in paragraph 36.

**COUNT I**

**Violation of Cal. Penal Code § 632**

37. 1-800-GOT-JUNK incorporates its responses contained in paragraphs 1-36 above as if fully set forth herein.

38. In response to paragraph 38 of the FAC, 1-800-GOT-JUNK admits that Plaintiffs have filed a putative class action but denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a class action, and denies that it is suitable for class treatment.

39. The allegations in paragraph 39 of the FAC purport to characterize California Penal code § 632(a). California Penal code § 632(a) speaks for itself, and 1-800-GOT-JUNK denies Plaintiffs' characterizations in paragraph 39 of the FAC.

40. The allegations in paragraph 40 of the FAC purport to characterize California Penal code § 632(a). California Penal code § 632(a) speaks for itself, and 1-800-GOT-JUNK denies Plaintiffs' characterizations in paragraph 40 of the FAC.

41. 1-800-GOT-JUNK admits that a call was made from Plaintiff Serna but denies that consent was not provided, and denies the remaining allegations in paragraph 41.

42. 1-800-GOT-JUNK denies the allegations in paragraph 42 of the FAC.

43. 1-800-GOT-JUNK denies the allegations in paragraph 43 of the FAC.

44. 1-800-GOT-JUNK denies the allegations in paragraph 44 of the FAC.

45. 1-800-GOT-JUNK denies the allegations in paragraph 45 of the FAC.

## COUNT II

## Violation of Cal. Penal Code § 632.7

46. 1-800-GOT-JUNK incorporates its responses contained in paragraphs 1-36 above as if fully set forth herein.

47. In response to paragraph 47 of the FAC, 1-800-GOT-JUNK admits that Plaintiffs have filed a putative class action but denies that there is a legal or factual basis for Plaintiffs' claims, denies that the action may be properly maintained as a class action, and denies that it is suitable for class treatment.

48. The allegations in paragraph 48 of the FAC purport to characterize California Penal code § 632.7(a). California Penal code § 632.7(a) speaks for itself, and 1-800-GOT-JUNK denies Plaintiffs' characterizations in paragraph 48 of the FAC.

49. The allegations in paragraph 49 of the FAC purport to characterize California Penal code § 632.7(a). California Penal code § 632.7(a) speaks for itself, and 1-800-GOT-JUNK denies Plaintiffs' characterizations in paragraph 49 of the FAC.

50. The allegations in paragraph 50 of the FAC purport to characterize California Penal code § 632.7(a). California Penal code § 632.7(a) speaks for itself, and 1-800-GOT-JUNK denies Plaintiffs' characterizations in paragraph 50 of the FAC.

51. The allegations in paragraph 51 of the FAC purport to characterize California Penal code § 632.7(a). California Penal code § 632.7(a) speaks for itself, and 1-800-GOT-JUNK denies Plaintiffs' characterizations in paragraph 51 of the FAC.

52. 1-800-GOT-JUNK denies the allegations in paragraph 52 of the FAC.

53. 1-800-GOT-JUNK denies the allegations in paragraph 53 of the FAC.

54. 1-800-GOT-JUNK denies the allegations in paragraph 54 of the FAC.

55. 1-800-GOT-JUNK denies the allegations in paragraph 55 of the FAC.

## PRAYER FOR RELIEF

1-800-GOT-JUNK denies that it has any liability to Plaintiffs whatsoever or that Plaintiffs' claims have merit. 1-800-GOT-JUNK further denies the allegations contained in the "Prayer for Relief," denies that this action may be maintained as a class action on behalf of the proposed class or otherwise and denies that Plaintiffs or the proposed class members are entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Without admitting that it carries the burden of proof as to any of the issues raised thereby, 1-800-GOT-JUNK asserts the following separate and distinct affirmative defenses to Plaintiffs' FAC and each purported claim therein, and prays for judgment as set forth below. 1-800-GOT-JUNK also hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become available during investigation and discovery in this action. 1-800-GOT-JUNK reserves the right to amend this Answer to assert any such additional defenses based on such investigation and discovery.

## FIRST AFFIRMATIVE DEFENSE.

### (STANDING)

1. Plaintiffs lack standing to bring claims pursuant to California Penal Code section 632 because they did not suffer the injuries alleged in the FAC. Plaintiffs do not and cannot allege any invasion of their privacy rights or any wrongful disclosure. Further, Plaintiffs' alleged injuries are not traceable to 1-800-GOT-JUNK. Further, Plaintiffs lack

standing to bring claims pursuant to California Penal Code section 632 because they consented to the complained-of conduct.

**SECOND AFFIRMATIVE DEFENSE.**

**(FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED)**

2. The FAC, and each and every purported cause of action alleged therein, fails to state a claim upon which relief may be granted.

**THIRD AFFIRMATIVE DEFENSE.**

**(NO INJURY)**

3. Plaintiffs are not entitled to recover under California Penal Code section 632 because they did not suffer any actual injury from the alleged interception or monitoring of their electronic communications.

**FOURTH AFFIRMATIVE DEFENSE.**

**(STATUTE OF LIMITATIONS)**

4. To the extent that Plaintiffs seek to recover sums from 1-800-GOT-JUNK in any form, including but not limited to restitution, wages, damages, penalties, premiums, interests, costs, and fees, on the basis of alleged violations of California Penal Code section 632 which took place outside the applicable limitations periods, each cause of action alleged in the FAC is barred in whole or in part by the applicable statute of limitations, including, but not limited to, California Code of Civil Procedure sections 338, 340, and 343.

**FIFTH AFFIRMATIVE DEFENSE.**

**(CONSENT, RATIFICATION)**

5. As a separate affirmative defense to the FAC and to each purported cause of action therein, 1-800-GOT-JUNK alleges that Plaintiffs consented to and/or ratified some or all of the actions now complained of.

**SIXTH AFFIRMATIVE DEFENSE.**

**(ACTS OF THIRD PARTIES)**

6. Damages or injuries, if any, suffered by Plaintiffs or any putative class member are attributable to the conduct, deeds, words, acts and/or omissions of third parties, and not to any conduct, deeds, acts, words, or omissions of 1-800-GOT-JUNK.

**SEVENTH AFFIRMATIVE DEFENSE.**

**(FAILURE TO MITIGATE DAMAGES)**

7. Plaintiffs have failed to mitigate their damages, if they in fact have any. Accordingly, any damages otherwise awardable to Plaintiffs should be reduced by the amounts by which they could have mitigated damages but did not do so.

**EIGHTH AFFIRMATIVE DEFENSE.**

**(LACHES, WAIVER, ESTOPPEL, ACQUIESCENCE)**

8. The FAC, and each and every purported cause of action alleged therein, is barred by the equitable doctrines of laches, waiver, estoppel, and/or acquiescence.

**NINTH AFFIRMATIVE DEFENSE.**

**(ADEQUATE REMEDY AT LAW)**

9. Plaintiffs are not entitled to a recovery of equitable relief because of the existence of an adequate remedy at law.

**TENTH AFFIRMATIVE DEFENSE.**

**(CAUSATION BY PLAINTIFFS/PUTATIVE CLASS MEMBERS)**

10. The FAC, and each and every purported cause of action alleged therein, is barred, in whole or in part, because any damages or injuries that Plaintiffs allegedly suffered were caused by their own conduct and actions and not because of any unlawful conduct or actions by 1-800-GOT-JUNK.

**ELEVENTH AFFIRMATIVE DEFENSE.**

**(NO ATTORNEYS' FEES)**

11. Plaintiffs' request for attorneys' fees in this matter is barred because it lacks any basis in law or contract.

**TWELFTH AFFIRMATIVE DEFENSE.**

**(RESERVATION OF RIGHTS)**

12. 1-800-GOT-JUNK reserves the right to raise additional defenses as it becomes aware of them.

***

WHEREFORE, 1-800-GOT-JUNK prays for judgment as follows:

1. That Plaintiffs take nothing by reason of the FAC;
2. That the FAC be dismissed with prejudice and judgment be entered in favor of 1-800-GOT-JUNK on the cause of action;
3. That 1-800-GOT-JUNK be awarded attorneys' fees and costs of suit incurred herein; and
4. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

DATED: September 19, 2024 GREENBERG TRAURIG, LLP

By: *<u>/s/ Rebekah S. Guyon</u>*
Rebekah S. Guyon
Lori Chang
Adam Korn

*Attorneys for Defendant*
*1-800-GOT-JUNK? LLC*