1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Boulevard, Suite 940
   Walnut Creek, CA 94596
3  Telephone: (925) 300-4455
   Facsimile:  (925) 407-2700
4  Email: ltfisher@bursor.com

5  *Counsel for Plaintiffs*
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10 | JUSTIN SERNA et al.,            | Case No. 5:24-cv-00047-HDV-MRW
11 |                                 |
12 |         Plaintiffs,             | **NOTICE OF SETTLEMENT**
13 |     v.                          |
14 | 1-800-GOT-JUNK? LLC,            | Hon. Hernán D. Vera
15 |                                 |
16 |         Defendant.              |

Pursuant to Your Honor's Procedures Plaintiffs Justin Serna, Aaron Rodriguez, Reyhaneh Mansoori, Brian Murphy, Gary Palmer, Justin Barnes, and Amelia Amponsem ("Plaintiffs") and Defendant 1-800-Got-Junk? LLC ("Defendant") (collectively, the "Parties") hereby submit this Notice to alert the Court of an imminent settlement in this matter that would render Defendant's pending motion moot. The settlement, once finalized, will result in the dismissal of Plaintiffs' claims with prejudice, and the Class' claims without prejudice. The Parties anticipate filing a stipulation of dismissal by January 3, 2024.

Dated:  December 9, 2024            **BURSOR & FISHER, P.A.**

By:  */s/ L. Timothy Fisher*
L. Timothy Fisher

*Attorney for Plaintiffs*

Dated:  December 9, 2024            **GREENBERG TRAURIG, LLP**

By:  */s/ Rebekah S. Guyon*
Rebekah S. Guyon

*Attorney for Defendant*

### SIGNATURE ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the other signatories to this document.

By:  */s/ L. Timothy Fisher*
L. Timothy Fisher